IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| ANGELA SYKES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PENNSYLVANIA STATE )<br>POLICE; ROGER WATERS; )<br>JERRY BOULDING, and )<br>ROBERT VAUGHAN, )<br>)<br>)<br>Defendants. ) | Civil Action No. 05-1349<br><br><br>MAGISTRATE JUDGE<br>FRANCIS X. CAIAZZA |

## MEMORANDUM ORDER

On October 16, 2005, this case was referred to United States Magistrate Judge Francis X. Caiazza for pretrial proceedings in accordance with the Magistrates Act, 38 U.S.C. §§ 636(b)(1)(A) and (B), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

On July 28, 2006, the parties consented to jurisdiction by the magistrate judge.

On December 29, 2006, the magistrate judge issued a Report and Recommendation (Doc. No. 28), which should have been captioned as a Memorandum Opinion. The magistrate judge indicated that the Defendants' Motion for Summary Judgment (Doc. 17) should be granted. Service of that document was made on all parties. On January 16, the Defendants filed objections (Doc. 29) to the opinion of the Magistrate Judge. After a thorough review of those

objections, the following order is entered:

The Report and Recommendation of the Magistrate Judge is hereby adopted as the Memorandum Opinion of the Court.

**AND NOW**, this 17th day of January, 2007, **IT IS HEREBY ORDERED** that the Defendants' Motion for Summary Judgment (Doc. 17) is **GRANTED**.

/S/ Francis X. Caiazza
Francis X. Caiazza
U. S. Magistrate Judge

cc: Counsel of Record
   Via Electronic Mail